<u>CAUSE NO. 4:19-CV-03379</u>

| | |
|---|---|
| HONEST PAWS LLC,<br>**PLAINTIFF** | §<br>§<br>§ |
| VS. | §   IN THE US DISTRICT COURT, SOUTHERN<br>§                             DISTRICT OF TEXAS |
| FETCH FOR COOL PETS, LLC; FETCH FOR<br>PETS, LLC, AND STEVEN SHWEKY<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§ |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

THIS SUMMONS IN A CIVIL ACTION, SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT A, EXHIBIT B, FOR FETCH FOR COOL PETS, LLC C/O PRESIDENT STEVEN SHWEKY WAS RECEIVED BY ME ON SEPTEMBER 09, 2019 AT 2:40 PM.

I LEFT THE ABOVE-MENTIONED DOCUMENTS AT FETCH FOR COOL PETS, LLC C/O PRESIDENT STEVEN SHWEKY'S RESIDENCE OR USUAL PLACE OF ABODE WITH FRONT DESK RECEPTIONIST, A PERSON OF SUITABLE AGE AND DISCRETION, AT 1407 BROADWAY STE 601, NEW YORK, NY 10018 ON  SEPTEMBER 27, 2019 AT 11:32 AM. IN ADDITION, I MAILED A COPY OF THE SUMMONS TO FETCH FOR COOL PETS, LLC C/O PRESIDENT STEVEN SHWEKY AT THEIR LAST KNOWN ADDRESS OF 1407 BROADWAY STE 601, NEW YORK, NY 10018.

I AM OVER THE AGE OF EIGHTEEN, AND AM NOT A PARTY TO THIS CASE.

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.

SEPTEMBER 27, 2019


/S/ JOSHUA LEE


JOSHUA LEE
PROCESS SERVER




HONEST PAWS LLC
DocID: P266394_1